No. 02–10632. PENCAK v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–10634. HUNG THANH LE v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–10635. NORCROSS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 02–10637. SHERKAT v. CIRCUIT COURT OF CLAY COUNTY, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–10638. JASKOT v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 02–10640. KYSOR v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE. C. A. 3d Cir. Certiorari denied.

No. 02–10641. MARSHALL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 02–10644. BECKER v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 02–10646. PARNELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–10648. APONTE v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–10651. BALLARD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–10652. WRIGHT v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 02–10658. SEDGWICK v. UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT. C. A. 11th Cir. Certiorari denied.

No. 02–10661. OWEN v. SUPREME COURT OF SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.